**JML LAW, APLC**
JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
jml@jmllaw.com
NICHOLAS W. SARRIS, STATE BAR NO. 242011
nsarris@jmllaw.com
BROOKE C. BELLAH, STATE BAR NO. 307398
brooke@jmllaw.com
5855 Topanga Canyon Blvd. Suite 300
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

Attorneys for Plaintiff
LAKEYA WEBB

THOMAS J. MORAN, ESQ. (SBN 278940)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4625
Facsimile: (901) 492-5641
E-mail: thomas.moran@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEYA WEBB, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-CV-02440-MCE-DB<br><br>**ORDER GRANTING THE PARTIES' JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1
**ORDER GRANTING THE PARTIES' JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

The Court, having duly considered the Notice of Settlement previously filed by Plaintiff, and the Joint Request for Dismissal of Entire Action with Prejudice submitted by Plaintiff and Defendant through their counsel of record, hereby orders the dismissal of this entire action with prejudice.

Neither Plaintiff nor Defendant shall be considered a prevailing party, and both Plaintiff and defendant shall be reasonable for their own attorney's fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 16, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE